CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS 2015 FEB 11 PM 1: 53
SAN ANGELO DIVISION

DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | N6 - 15 CR - 004 - C |
| GREGORY SCOTT ANDERSON | |

## INDICTMENT

The Grand Jury Charges:

### Count One
Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and Hashish
(Violation of 21 U.S.C. § 846)

From on or about a date unknown to the grand jury and continuing through on or about December 9, 2014, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Gregory Scott Anderson**, defendant, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the grand jury to commit an offense against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute less than 50 kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, and less than one kilogram of a mixture and substance containing a detectable amount of hashish oil, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

Gregory Scott Anderson
Indictment - Page 1

<u>Count Two</u>
Possession with Intent to Distribute Less than 50 Kilograms of Marijuana
and Less than One Kilogram of Hashish Oil and Aiding and Abetting
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D), and 18 U.S.C. § 2)

On or about December 9, 2014, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Gregory Scott Anderson**, defendant, did intentionally and knowingly possess with intent to distribute less than 50 kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, and less than one kilogram of a mixture and substance containing a detectable amount of hashish oil, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**Gregory Scott Anderson**
**Indictment - Page 2**

Forfeiture Notice
[21 U.S.C. § 853(a)]

Based on conviction for any of the offenses alleged in Counts One or Two and pursuant to Title 21, United States Code, Section 853(a), the defendant, **Gregory Scott Anderson**, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the respective offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the respective offense.

The property to be forfeited includes, but is not limited to, the following:

(a)      a 1975 Cessna 182P single engine airplane, registration tail number N4660K.

If any of the property described above, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**Gregory Scott Anderson**
**Indictment - Page 3**

A TRUE BILL:

FOREPERSON

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

JEFFREY R. HAAG
Assistant United States Attorney
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:  806-472-7559
Facsimile:  806-472-7394
E-mail:  jeffrey.haag@usdoj.gov

**Gregory Scott Anderson**
**Indictment - Page 4**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

SAN ANGELO DIVISION

UNITED STATES OF AMERICA

v.

GREGORY SCOTT ANDERSON

INDICTMENT

COUNT 1:        CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE MARIJUANA AND HASHISH OIL
Title 21, United States Code, Section 846.

COUNT 2:        POSSESSION WITH INTENT TO DISTRIBUTE LESS THAN 50 KILOGRAMS OF MARIJUANA AND LESS THAN ONE KILOGRAM OF HASHISH OIL AND AIDING AND ABETTING
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D),
Title 18, United States Code, Section 2.
FORFEITURE NOTICE
(2 COUNTS)

A true bill rendered:

Lubbock _____    _Robert J. Hilbert_____ Foreperson

Filed in open court this ____11th____ day of __February_____, A.D. 2015.

SUMMONS TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE